# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0663
Lower Tribunal No. CF13-008817-XX

_____

ARON RODRIGUEZ-VILLASANA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Susan L. Barber, Judge.

April 21, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and BROWNLEE, JJ., concur.


Aron Rodriguez-Villasana, Bristol, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED